# Law Office of Angus James Bell

30 Wall Street, 8ᵗʰ Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

February 3, 2026

*Via ECF and Email*
*(CronanNYSDChambers@nysd.uscourt.gov)*

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

**Re:**    *Unites States v. Eduardo Rodriguez, 25Cr.540 (JPC)*

### Application to Adjourn Sentencing and Modify Submission Schedule

Dear Judge Cronan:

I am counsel for defendant Eduardo Rodriguez. I respectfully write to request an adjournment of the sentencing currently scheduled for February 17, 2026 and modification of the related submission schedule. The Government, through Assistant United States Attorney Benjamin M. Burkett, advised that it does not object to this application.

United States Probation Officer Patrick Fountain has indicated that the final PSR, including Probation's sentencing recommendation, is scheduled to be produced on February 10, 2026. Under the current schedule, the defendant's sentencing submission is due February 5, 2026, five days before the final PSR will be produced. This schedule does not afford adequate time to review the final PSR and Probation's recommendation with Mr. Rodriguez and to prepare a submission that meaningfully addresses the final report.

Accordingly, I respectfully request that the Court adjourn the sentencing to March 5, 2026, or to a date thereafter that is convenient to the Court and adopt the following revised submission schedule:

- Final Presentence Investigation Report:    February 10, 2026
- Defendant Sentencing Submission:    February 19, 2026
- Government's Sentencing Submission:    February 26, 2026
- Sentencing:    March 5, 2026 (or a date convenient for the Court

Mr. Rodriguez is currently in federal custody and is aware of and consents to this application.

Thank you in advance for your consideration of this application.

The request is granted. Defendant's sentencing submission is due by February 19, 2026. The Government's sentencing submission is due by February 26, 2026. Defendant's sentencing is adjourned until March 5, 2026, at 10:30 a.m. The Clerk of Court is respectfully directed to close Dkt. 15.

Respectfully submitted,

*Angus James Bell*

A. James Bell, Esq.

SO ORDERED
February 9, 2026

JOHN P. CRONAN
United States District Judge